FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-06012-SAB-1 |
| Plaintiff, | |
| v. | **ORDER GRANTING AMENDED** |
| CODY ALLEN EASTERDAY, | **STIPULATED MOTION** |
| Defendant. | |

Before the Court is the parties' Second Stipulated Motion to Apply Restitution Offsets Pursuant to 18 U.S.C. § 3664(j), filed on December 22, 2023. ECF No. 103. The United States is represented by Brian Donovan and John Scanlon. Defendant is represented by Carl Oreskovich. Tyson Foods, Inc. is represented by Alan Smith. Segale Propoerties, LLC is represented by John Rizzardi.

On November 4, 2022, an Amended Judgment was entered against Defendant imposing restitution in the amount of $244,031,132.00. ECF No. 78. The Amended Judgment ordered Defendant to pay restitution to Tyson Foods, Inc. (with Tyson Fresh Meats, Inc., "Tyson") in the amount of $233,008,042.00 and Segale Properties LLC ("Segale") in the amount of $11,023,090.00. Id.

A related bankruptcy proceeding is pending in this District, *In re Easterday Ranches*, Inc., Case No. 21-141-WLH11 and *In re Easterday Farms*, Case No. 21-176-WLH11, jointly administered.

The parties to this motion stipulate and agree that Tyson Foods has received an

**ORDER GRANTING STIPULATED MOTION** ~ 1

additional post-confirmation disbursement of $11,375,933.39 on August 31, 2023, and Segale has received an additional post-confirmation disbursement of $340,893.21 on August 31, 2023, from the *In re Easterday Ranches* bankruptcy proceeding. Thus, a total of $11,716,826.60 in additional post-confirmation disbursements was received by the two victims from the bankruptcy estate on August 31, 2023. In addition, Tyson received $121.35 from Mr. Easterday through the BOP Inmate Financial Responsibility Program.

      Pursuant to 18 U.S.C. § 3664(j)(2), "Any amount paid to a victim under an order of restitution shall be reduced by any amount later recovered as compensatory damages for the same loss by the victim in — (A) any Federal civil proceeding; and (B) any State civil proceeding, to the extent provided by the law of the State." The parties have stipulated and agree that the payments made to Tyson and Segale constitute amounts recovered for the same loss in a Federal civil proceeding pursuant to § 3664(j)(2)(A).

      The parties agree that the total restitution amount owed by Defendant should be reduced by $$11,716,826.60, resulting in a total amount due and owing of approximately $165,396,077.54. Specifically for each victim, the remaining amount owed to Tyson should be reduced to approximately $158,235,993.27 and the remaining amount owed to Segale should be reduced to approximately $7,160,084.27.

//
//
//
//
//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION ~ 2**

Accordingly, **IT IS HEREBY ORDERED**

1. The parties' Second Stipulated Motion to Apply Restitution Offsets Pursuant to 18 U.S.C. § 3664(j), ECF No. 103, is **GRANTED**.

2. The Clerk of Court shall reflect in its record that Tyson has received $11,375,933.39, and Segale has received $340,893.21 in restitution payments, and reduce the amounts owed by Defendant accordingly.

3. The total restitution amount owed by Defendant should be reduced by $$11,716,826.60, resulting in a total amount due and owing of approximately $165,396,077.54. Specifically, the remaining amount owed to Tyson should be reduced to approximately $158,235,993.27 and the remaining amount owed to Segale should be reduced to approximately $7,160,084.27.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel and the Clerk of Court Finance Department.

**DATED** this 26th day of December 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION** ~ 3