Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA 99201
Phone:  509-747-9100
Attorneys for Plaintiff
carl@ettermcmahon.com
awagley@ettermcmahon.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:21-CR-06012-SAB |
| v. | **DEFENDANT'S RESPONSE TO UNITED STATES' MOTION TO STRIKE** |
| CODY ALLEN EASTERDAY, | |
| Defendant. | |

{01066833}    Defendant's Response to United States' Motion to Strike Reduction - Page i

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

Defendant Cody Allen Easterday ("Mr. Easterday"), by and through his undersigned counsel, hereby respectfully submits this Response to the United States' Motion to Strike.

On January 31, 2024, Mr. Easterday moved this Court to modify his current sentence to one consistent with the applicable changes to the federal sentencing guidelines relating to "Zero-Point Offenders." (*See* ECF 107.) Mr. Easterday requested oral argument in connection with this motion, and the Government has moved to strike this request for a hearing. (*See* ECF 110.)

Mr. Easterday and the Government agree that Mr. Easterday is eligible for a 2-point reduction in his total offense level under U.S.S.G. § 4C1.1, and as a result, that Mr. Easterday is eligible for a corresponding downward adjustment of the applicable guideline range. (*See* ECF No. 109 at 8.) Under this revised offense level of 30, Mr. Easterday's amended guideline range is 97 to 121 months' imprisonment. (*See* ECF No. 109 at 3; ECF No. 105.) The parties disagree on the exact modification to Mr. Easterday's sentence that is warranted under 18 U.S.C. § 3582(c)(2). Accordingly, both sides engaged in motions practice on this issue. To that end, Mr. Easterday requests that the Court, in its discretion, hold a hearing on Mr. Easterday's motion for a sentence reduction and permit Mr. Easterday to attend by video or telephonically. We are aware that the Court has not held hearings on the Zero Offender motions that have come before it to date. However, it is our understanding that the Easterday motion is the first contested Zero Offender motion to be noted on the Court's docket and, to that end, Mr. Easterday asks for oral argument and the ability to attend remotely from his prison setting at Lompoc. Although the defendant

is not required to attend, the decision to allow oral argument and the attendance of the Defendant is a matter within the discretion of the Court. There is no prohibition against oral argument or the Defendant's attendance.

A sentence reduction is of paramount importance to Mr. Easterday and his family. Given the shift in Mr. Easterday's amended guideline range to 97 to 121 months from his original range of 121 to 151 months, and his current sentence of 132 months, the stakes are significant. While the Government argues that Mr. Easterday need not be present at a proceeding involving a reduction of his sentence pursuant to 18 U.S.C. § 3582(c), there is no prohibition against the Court holding a hearing nor is there a prohibition on Mr. Easterday attending. Further, the Government contends that "[t]ransporting, housing, and holding hearings for the tens of thousands of widely scattered inmates affected by Amendment 821 would . . . impose tremendous costs, difficulties, and court and prison congestion". (*See* ECF No. 110 at 3.) However, Mr. Easterday does not request transportation, housing, or to attend this hearing in person. Rather, Mr. Easterday simply requests that the Court hold a hearing on a motion of significant importance, and that Mr. Easterday be permitted to attend this hearing by video or telephonically.

Accordingly, Mr. Easterday requests that the Court denied the Government's Motion to Strike.

///

///

///

{01066833}    Defendant's Response to United States' Motion to Strike Reduction - Page 2

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

RESPECTFULLY SUBMITTED this 14th day of February, 2024.

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By:  */s/ Carl J. Oreskovich*

Carl J. Oreskovich, WSBA #12779
Attorney for Plaintiff Cody Allen Easterday

*Of Counsel:*
ARNALL GOLDEN GREGORY LLP
Jeffrey S. Jacobovitz (*Pro Hac* Vice)
D.C. Bar No. 346569
Justin Ferraro (*Pro Hac Vice*)
Virginia Bar No. 92226
2100  Pennsylvania Ave, NW
Suite 350S
Washington D.C. 20037
Telephone: (202) 677-4056
Facsimile: (202) 677-4057
Emails: jeffrey.jacobovitz@agg.com
        justin.ferraro@agg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all of the attorneys that have appeared in this case and have registered with the CM/ECF System.

EXECUTED this 14th day of February, 2024 in Spokane, WA.

By: */s/ Jodi Dineen*
Jodi Dineen